## Lester F. Hitchcock v. John B. Sutton and another.

*Certiorari: Want of evidence : Presumption: Return.* Where an affidavit for
  *certiorari* to review proceedings before a circuit court commissioner to dis-
  solve an attachment, assigns as an error the entire absence of evidence to
  sustain the ground of attachment set forth, of an intent to dispose of property
  to defraud creditors, it will not be presumed that there was other evidence
  than that returned by the commissioner, and if there was in fact other evi-
  dence, the proper recourse for the defendant in *certiorari* is to apply for a fur-
  ther return.

                                        *Heard October 7.  Decided October 8.*

   *Certiorari* to Henry A. Birdsall, circuit court commis-
sioner for Lapeer County.

   *William Hemingway,* for plaintiff in *certiorari.*

   *H. Geer,* for defendants in *certiorari.*

COOLEY, J.

   This is a proceeding by *certiorari* to review the decision
of a circuit court commissioner on an application for the
dissolution of an attachment.

The ground of the attachment was that the judgment debtors, of whom the plaintiff in *certiorari* was one, were about to dispose of their property with intent to defraud their creditors.  The chief error relied upon in the affidavit for *certiorari* was that there was no evidence before the commissioner showing or tending to show that they or either of them had such an intent.

The commissioner's return certainly shows no such evidence.  It is objected, however, that the return does not expressly state that all the evidence is returned, and it is therefore presumable that there was evidence to sustain the commissioner's conclusions.    But where the error assigned in the affidavit is the entire absence of evidence on a specified  point, it is the duty of the commissioner to return fully ; and we think from the commissioner's return, in which he states that he returns " a statement of all plaints levied or affirmed before me, together with all things touching the same " in the proceeding mentioned, that his purpose has been to make the return a full response to the affidavit.    If in fact other evidence was given, defendants in the *certiorari* should have applied for a further return.

The order of the commissioner must be reversed, and the attachment dissolved.    And plaintiff in error must recover costs before the commissioner, and in this court.

GRAVES and CAMPBELL, JJ., concurred.

CHRISTIANCY CH. J., did not sit in this case.